UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------x

GS Holistic, LLC,

                  Plaintiff(s),

     -against-

Diamond News Inc dba
Diamond News, et al.
                  Defendant(s).

--------------------------------------x

25 CV 4474 (LAP)

**ORDER**

LORETTA A. PRESKA, Senior United States District Judge:

     Counsel shall confer and inform Judge Preska by letter no later than March 30, 2026 of the status of the action/remaining claims/defendants.

SO ORDERED.

_____

LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: 3/23/26

New York, New York